UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Jorge Alejandro Rojas
                                  Plaintiff,

v.                                                                 Case No.: 1:21−cv−06465
                                                                Honorable Franklin U. Valderrama

Sanco Business Solutions LLC, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 6, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in Plaintiff's Motion to Approve Alternate Service as to Defendants or in the Alternative Issuance of a Subpoena [8], the motion is granted in part and denied in part. Plaintiff is granted leave to serve Amador and Sanco by the combination of the following methods: (1) e−mailing a copy of the summons, complaint, and order authorizing alternative service, in an electronic message from Plaintiff's e−mail address to info@limpiamicredito.com (the email identified in Sanco's Facebook Page), and (2) e−mailing a copy of the summons, complaint, and order authorizing alternative service in an electronic message from Plaintiff's e−mail address to the Sanco individual (Efren Lugo − elugo@sancobusiness.com) that sent the Facebook page to Plaintiff. Also, the Court authorizes Plaintiff to subpoena the registered agent for addresses and contact information of Sanco (but not the billing records themselves). Upon receiving address information from the registered agent, Plaintiff shall mail copies of the summons and complaint to those addresses using first class mail. By 02/03/2022, Plaintiff shall file a status report with updates on the status of service. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.