AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jorge Alejandro Rojas

CASE NUMBER: 1:21-cv-06465

V.

ASSIGNED JUDGE: Franklin Valderrama

Sanco Business Solutions LLC,
Luz Elena Amador, and Eduardo Ignacio Sandoval

DESIGNATED
MAGISTRATE JUDGE: Jeffrey Cole

TO: (Name and address of Defendant)

Eduardo Ignacio Sandoval, a/k/a Eddie I. Sandoval
1023 Paulin Ave
Calexico, CA 92231

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



January 24, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | January 24, 2022 |
| NAME OF SERVER *(PRINT)* <br> Irene B. Ramirez | TITLE <br> Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: On January 24, 2022 @ 7:02pm Spoke to Front Neighbor (Francisco) he lives on front house they lived on back of his house he stated Cindy lived there as for Eduardo he hardly saw him house has been vacant since last Tuesday 1/18/2022 he spoke to Martin (landlord) confirm house is now Vacant.

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 24, 2022           *[signature]*
              Date                       Signature of Server

444 South 8th Street, Ste. B5 El Centro CA 92243
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.