IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff,*<br><br>vs.<br><br>SANCO BUSINESS SOLUTIONS LLC, LUZ ELENA AMADOR, and EDUARDO IGNACIO SANDOVAL aka EDDIE SANDOVAL<br><br>*Defendants* | Case No. 1:21-CV-06465<br><br>Judge Franklin U. Valderrama<br><br>**SUPPLEMENT TO PLAINTIFF'S MOTION TO APPROVE ALTERNATE SERVICE AS TO DEFENDANT SANDOVAL AND ISSUANCE OF SUBPOENA** |

Plaintiff, Jorge Alejandro Rojas, provides the following supplement to his Motion to Approve Alternate Service as to Defendant Sandoval and Issuance of Subpoena (Dkt. 17).

Plaintiff filed the Due Diligence Declaration concerning attempts to serve Defendant Sandoval in Dkt. 18. Plaintiff e-mailed the Motion (Dkt. 17) along with the Second Amended Complaint ("SAC") to Defendant Sandoval's email address on January 25, 2022, in an attempt to identify a better address for him and to resolve this matter. After several emails, Mr. Sandoval eventually stated "Cant afford counsel […] Just let whatever is gonna happen happen," and "We will wait for the courts." **Exhibit 1.**

Plaintiff respectfully requests the Court grant the request for alternate service. On a related note, Defendants Amador and Sanco Business Solutions response deadline to the SAC is February 10, 2022.

Respectfully submitted,

Dated: February 2, 2022

1

/s/ Jorge Alejandro Rojas

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 2, 2022, a copy of this filing was sent to Defendants Luz Elena Amador and Sanco Business Solutions, LLC., via mail to 12446 Stillwater Drive, Victorville, CA 92395. Defendant Sandoval was e-mailed a copy of this filing, and is the subject of the instant motion.

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas

# EXHIBIT 1

# EXHIBIT 1

 Gmail                                              Jorge Rojas <rojas.jorge96@gmail.com>

# Activity in Case 1:21-cv-06465 Rojas v. Sanco Business Solutions LLC motion for order
8 messages

---

**usdc_ecf_ilnd@ilnd.uscourts.gov** <usdc_ecf_ilnd@ilnd.uscourts.gov>  Tue, Jan 25, 2022 at 3:50 AM
To: ecfmail_ilnd@ilnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3

## Notice of Electronic Filing

The following transaction was entered on 1/25/2022 at 3:50 AM CST and filed on 1/25/2022
**Case Name:**       Rojas v. Sanco Business Solutions LLC
**Case Number:**     1:21-cv-06465
**Filer:**           Jorge Alejandro Rojas
**Document Number:** 17

**Docket Text:**
**MOTION by Plaintiff Jorge Alejandro Rojas for order *authorizing alternative service as to Defendant EDUARDO IGNACIO SANDOVAL aka EDDIE SANDOVAL and issuance of a subpoena* (Rojas, Jorge)**


**1:21-cv-06465 Notice has been electronically mailed to:**

Jorge Alejandro Rojas &nbsp &nbsp rojas.jorge96@gmail.com

**1:21-cv-06465 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=1/25/2022] [FileNumber=24348347-0] [3b1d5a851f8801791f538eb611b38ef5ea00d8944d940790cb7cb056b49d3f728b 91bb58af1faa375f765a1850241020cd2eb17a0767dd413589be1f05b40f99]]

---

**Jorge Rojas** <rojas.jorge96@gmail.com>                                Tue, Jan 25, 2022 at 3:57 AM
To: Eddie Sandoval <eddie@sancobusiness.com>

Mr. Sandoval,

Please see attached filing. An attempt to serve you 1023 Paulin Dr. was made and was unsuccessful. Attempts to evade service of process are not recommended - so please provide a good address you can accept service at.

Also attached is the Second Amended Complaint which names you in the case. This was sent via mail to Defendants Sanco and Amador earlier this week.

I'd like to work together to resolve this matter outside of litigation - but we'd need to get closer to the amount demanded in the Second Amended Complaint.

[Quoted text hidden]

--
Jorge Rojas

**2 attachments**


**17 - M O Alt Service Sandoval.pdf**
257K


**16 - SAC.pdf**
5030K

---

**Jorge Rojas** <rojas.jorge96@gmail.com>  Tue, Feb 1, 2022 at 9:21 PM
To: Eddie Sandoval <eddie@sancobusiness.com>

Good evening,

I see that Ms. Sandoval is attempting to evade delivery of the second amended complaint. Be advised that does not matter as I don't need her to sign for it for service to be effective. The effective service date is the date it was mailed.

Has Sanco or Ms. Amador retained counsel? The default deadline is quickly approaching.

[Quoted text hidden]

--
Jorge Rojas

---

**Eddie Sandoval** <eddie@sancobusiness.com>  Tue, Feb 1, 2022 at 10:03 PM
To: Jorge Rojas <rojas.jorge96@gmail.com>

Cant afford counsel. Why do you keep harassing us. Just let whatever is gonna happen happen. You suid a million dollar company for 2500 bit want 6k from our broke company.

Get Outlook for iOS

**From:** Jorge Rojas <rojas.jorge96@gmail.com>
**Sent:** Tuesday, February 1, 2022 7:21:57 PM
**To:** Eddie Sandoval <eddie@sancobusiness.com>
**Subject:** Re: Activity in Case 1:21-cv-06465 Rojas v. Sanco Business Solutions LLC motion for order

[Quoted text hidden]

---

**Jorge Rojas** <rojas.jorge96@gmail.com>  Tue, Feb 1, 2022 at 10:10 PM
To: Eddie Sandoval <eddie@sancobusiness.com>

The lawsuit is for more than 6,000. I suggest reading the complaint. The lawsuit is based on how many calls were made and the violations. Doesn't matter if small company or not. As the complaint alleges, you are personally liable as well.

Thanks for admitting you received the amended complaint.

[Quoted text hidden]

--
Jorge Rojas

---

**Eddie Sandoval** <eddie@sancobusiness.com>　　　　　　　　　　　　　　　　　Tue, Feb 1, 2022 at 10:27 PM
To: Jorge Rojas <rojas.jorge96@gmail.com>

I didnt receive anything. All i keep receiving is emails from you. Have a great day. Please stop harrasing us

Get Outlook for iOS

**From:** Jorge Rojas <rojas.jorge96@gmail.com>
**Sent:** Tuesday, February 1, 2022 8:10:14 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Jorge Rojas** <rojas.jorge96@gmail.com>　　　　　　　　　　　　　　　　　　Tue, Feb 1, 2022 at 10:29 PM
To: Eddie Sandoval <eddie@sancobusiness.com>

You're not being harassed you're being sued. The amended complaint was attached to the previous email but here it is again.

[Quoted text hidden]

--
Jorge Rojas

📄 **16 - SAC.pdf**
5030K

---

**Eddie Sandoval** <eddie@sancobusiness.com>　　　　　　　　　　　　　　　　　Tue, Feb 1, 2022 at 10:40 PM
To: Jorge Rojas <rojas.jorge96@gmail.com>

Cant open attachments but thank you. Please stip contacting us. We will wait for the courts.

Get Outlook for iOS

**From:** Jorge Rojas <rojas.jorge96@gmail.com>
**Sent:** Tuesday, February 1, 2022 8:29:57 PM

[Quoted text hidden]

[Quoted text hidden]