## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jorge Alejandro Rojas

                                        Plaintiff,

v.                                                      Case No.: 1:21−cv−06465
                                                        Honorable Franklin U. Valderrama

Sanco Business Solutions LLC, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 7, 2022:

        MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is
Plaintiff's Motion to Approve Alternate Service as to Defendant Sandoval and Issuance of
Subpoena [17]. For the reasons stated in the motion, Plaintiff's motion is granted in part as
follows: Plaintiff may serve Defendant Sandoval by the alternate means described in
Paragraphs 22(a)−(d). Plaintiff may also issue a subpoena directed at the management of
the internet lounge and copy center located at 302 E. 3rd Street, Calexico, CA 92231,
seeking any contact information the lounge has on file for Defendant Sandoval. The status
report deadline ordered on 12/08/2021 [7] stands. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.